CASE NO.:  5:18-cv-02066-HNJ

# RETURN ON SERVICE OF WRIT

The summons and complaint were served on the following by certified mail as indicated below:

